UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

VICTOR LAMOUNT JONES,

    Plaintiff,      Case No. 1:24-cv-764

v.             Honorable Phillip J. Green

KENT COUNTY CORRECTIONAL
FACILITY, et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  August 13, 2024     /s/ Phillip J. Green
                 PHILLIP J. GREEN
                 United States Magistrate Judge